

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2015

No. 04-14-00742-CR

Andres Solis **VIELMA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2013-09-12304-CR
Honorable Bert Richardson, Judge Presiding

# O R D E R

Sitting:        Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Jason Pulliam, Justice

Appellant's Pro-Se Request to Vacate Mandate and Allow Appellant to Proceed with Motion for Rehearing to Resolve Questions of Law is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court